AO 106 (Rev. 06/09): Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of )
)
USPS Priority Mail Express parcel EI 976 730 548 US addressed )
to "M. McDonald 2116 North Ave, Apt.4, Metropolis, IL )
62960-1167" with return address of "T. Garcia, 2471 Sidon Ave., )
La Habra, CA 90631." )

Case No.    4:24 MJ 7318 SPM
SIGNED AND SUBMITTED TO THE COURT BY
RELIABLE ELECTRONIC MEANS
**FILED UNDER SEAL**

## APPLICATION FOR A SEARCH WARRANT

I, _____Kelly L. Barton_____, a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

USPS Priority Mail Express parcel EI 976 730 548 US addressed to "M. McDonald 2116 North Ave, Apt.4, Metropolis, IL 62960-1167" with return address of "T. Garcia, 2471 Sidon Ave., La Habra, CA 90631."

located in the _____EASTERN_____ District of _____MISSOURI_____, there is now concealed

controlled substances and/or United States Currency

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21:841(a) & 846 | Possession with intent to distribute a controlled substance |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

*Kelly L. Barton*
*Applicant's signature*

Postal Inspector Kelly L. Barton, USPIS
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:    12/5/2024

*Judge's signature*

City and state:   St. Louis, MO

Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*

AUSA:   CASEY

<u>AFFIDAVIT</u>

I, Kelly L. Barton, being duly sworn, depose and state as follows:

1.      I am a federally sworn Inspector with the United States Postal Inspection Service (USPIS).  I have been employed with the USPIS for approximately five (5) years and am assigned to the Contraband Interdiction and Investigation (CI2) Team.  I have completed available training by the USPIS in the investigation of controlled substances or proceeds/payments being transported through the United States.  The St. Louis Field Office's CI2 Team has intercepted numerous parcels, which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity.  Prior to my employment with the USPIS, I have accrued approximately twenty-six (26) years of law enforcement experience.  During my career, I have conducted numerous narcotics investigations as a Senior Vice & Narcotics Detective, with the Chesterfield County Police Department, Chesterfield, Virginia and as federally sworn Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Richmond, Virginia field office and Special Agent with the Naval Criminal Investigative Service (NCIS).  While assigned as a Senior Detective, TFO, and Special Agent, I received extensive training in narcotics investigations and money laundering investigations.

2.      Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express Mail and Priority Mail are frequently utilized by drug traffickers for shipping of controlled substances or proceeds/payments.  Use of Express Mail and Priority Mail are favored because of the speed (Express Mail - overnight; Priority mail – two-day delivery), reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection.  Express Mail was originally intended for urgent, business-to-business correspondence.  Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual.  Express Mail is seldom used for individual-to-individual correspondence.

3.      Information gathered by the USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently utilized by drug

traffickers for shipping controlled substances or proceeds/payments.  Information gathered by the USPIS has demonstrated that the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail.  Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, as well as the perceived minimal chance of detection.  Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service were originally intended for urgent, business-to-business, correspondence.  However, intelligence from prior packages which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual.  Federal Express and United Parcel Service are seldom utilized to convey individual-to-individual correspondence.

4.       In an effort to combat the flow of controlled substances through the overnight or two to three-day delivery services, interdiction programs have been established in cities throughout the United States by the USPIS.  These cities have been identified as known sources of, and destinations for, controlled substances.  The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three-day delivery services that contained controlled substances or proceeds/payments of controlled substance sales.  The analysis of those prior packages indicated that these labels are usually from an individual to an individual.  In the few cases when overnight and/or two (2) to three (3) day delivery service packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business or company listed is not associated with the mailer and was randomly selected by the mailer to deter law enforcement detection.  In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

5.       Most business mailings sent via U.S. Postal Service (USPS) or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage.  Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet), the USPIS learned that unknown persons posted intelligence on the Silk Road website warning prospective drug mailers that most USPIS

search warrant affidavits for narcotics or narcotics proceeds packages, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names.  Due to the posting on the Silk Road Website, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and/or valid business names on narcotics or narcotics proceeds packages. Recent analysis has also shown that, whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics or narcotics proceeds parcels.  USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express and United Parcel Service.  This profile includes the following characteristics: package mailed from or addressed to a narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information that is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to residential areas; package is addressed from an individual to an individual; packages are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and/or any other characteristic previously noted in this paragraph.

6.      The U.S. Postal Inspection Service St. Louis Field Office's CI2 has found the characteristics listed in paragraphs three, four, and five above are indicative of packages that have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

7.      This affidavit is submitted for the limited purpose of establishing probable cause for the search warrants sought.  I have not set forth each and every fact known to me concerning this investigation.  I have included what I believe are facts sufficient for the present purpose.  The information contained in this affidavit is based upon my personal knowledge and investigation, as well as information conveyed to me by other law enforcement agents and employees.

8.     On December 3, 2024, Postal Inspectors recovered USPS Priority Mail Express parcel **EI 976 730 548 US** (hereafter "**Subject Parcel**"), inbound from Fresno, CA.  The **Subject Parcel**, described as a USPS Priority Mail Express parcel, was recovered from the USPS Network Distribution Center (NDC) located at 5800 Phantom Drive, St. Louis, Missouri 63042.  Inspectors noted the **Subject Parcel** had a handwritten label; heavily taped around the box, postage fees were $106.80 which were paid with a Visa credit card; and was mailed from a known source narcotic area: Fresno, CA.  There is no required signature for this parcel which allows parcels to be delivered without the addressee or the addressee's agent having to sign for the parcel, contingent upon the parcel being left in a secure location at the address.  This can allow the package's delivery to be tracked without affirmative acceptance by an individual who may be being investigated by law enforcement.  The characteristics listed in this paragraph are consistent with characteristics of previous parcels that have contained narcotics or the proceeds of narcotics.  Due to the characteristics of the **Subject Parcel**, Inspectors detained the **Subject Parcel** for further review in order to verify the validity of the addressee and sender listed on the mailing label.

9.     The **Subject Parcel** was addressed to recipient "M. McDonald 2116 North Ave, Apt.4, Metropolis, IL 62960-1167." A review of available law enforcement and open source databases reveals that the address appears to be valid, however the name "M. McDonald" does not associate to the recipient address. Postal business records indicate approximately four additional parcels mailed to the recipient address since August 14, 2024.  Three of these parcels had the name "M. McDonald" listed as the recipient.  The fourth parcel recipient information could not be verified.  All four additional parcels were mailed from Southern California. I contacted the Metropolis, IL Police Department for assistance in identifying the current occupant of the recipient address.  Detective Travis Wilkins identified Michael D. McDonald as the current account owner through utility records, indicating the individual used the name "Gabriel" on the utilities with a telephone number of (615) 879-2811.  Open source database and postal business records show Michael D. McDonald associates to 514 E. 5th Street, Metropolis, IL 62960.  Criminal history for Michael D. McDonald revealed he is a convicted felon with a lengthy criminal history involving possession with intent to distribute controlled substances/dangerous drugs, firearms offenses, possession of a firearm by a convicted felon, aggravated battery and multiple traffic offenses.  The

**Subject Parcel** was addressed from "T. Garcia, 2471 Sidon Ave., La Habra, CA 90631." A review of available law enforcement and open source databases revealed the sender's address appears to be valid however the name "S. Garcia" does not associate to the sender's address. Additionally, the **Subject Parcel** had a handwritten label and heavy duct tape taping the recipient address showing La Habra, CA but the parcel was mailed from Fresno, CA which is an approximate 245.5 mile distance between the two cities. Due to the characteristics associated with the **Subject Parcel** and previous history, a canine review was requested.

10.    On December 3, 2024, I contacted Detective David Wilson, St. Louis Metropolitan Police Department and USPIS Task Force Officer (TFO) who was accompanied by his narcotic-trained canine "Noco." The **Subject Parcel** was placed in an area not known to have been previously contaminated by a narcotic odor. TFO Wilson had "Noco" search this area. Upon arriving at the **Subject Parcel**, Wilson advised that canine "Noco" reacted in a positive manner, indicating the presence of a narcotic odor.

11.    The **Subject Parcel** is described as a white USPS Priority Mail Express cardboard shipping box bearing USPS Priority Mail Express **EJ 976 730 548 US** shipping label and measures approximately 11.25 inches by 8.5 inches by 6 inches (11.5"x 8.5" x 5.5") and weighing approximately six (6) pounds and nine (9) ounces. The box is heavily taped with duct tape. Based on my training and experience, as well as the training and experience of other members of the USPIS, St. Louis, Missouri Narcotics Team, I know that the size and weight of **Subject Parcel** , coupled with other indicators (i.e., handwritten labels, extra taping around the box, postage fees paid in with a credit card, addressed from a known source narcotic area, and a positive reaction by a narcotic-trained K-9) are indicative of other parcels which have been found in the past to contain narcotic substances, or monies which are the proceeds/payments of narcotic trafficking. Consequently, I believe the **Subject Parcel** contains contraband and/or evidence in violations of Title 21, United States Code, Sections 841(a)(1) and 846, and/or Title 18, United States Code, Sections 1956 and 1957.

12.    The **Subject Parcel** is currently in my custody within the Eastern District of Missouri. Attached to this affidavit is a photograph of the mailing labels for the **Subject Parcel**

and a copy of the qualifications for canine "Noco."

13.    Because this investigation is ongoing and its success would be jeopardized if the contents of this affidavit were made public, Inspectors request that this affidavit be sealed until further order of the Court.

_Kelly L. Barton_
_____

**Kelly L. Barton**
Postal Inspector
U.S. Postal Inspection Service

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this __5th__ day of December, 2024.

Honorable Judge Shirley P. Mensah
United States Magistrate Judge
Eastern District of Missouri

Case: 4:24-mj-07318-SPM   Doc. #: 1   Filed: 12/05/24   Page: 8 of 9 PageID #: 8

## METROPOLITAN POLICE DEPARTMENT – CITY OF ST. LOUIS

## Intra-Department Report and Correspondence Sheet

**Date:**        December 3rd, 2024

**To:**          United States Postal Inspection Service

**From:**        Detective David E. Wilson, DSN 7893/442

**Subject:**     Canine Noco Quailifications Information

**Copies:**

---

The following information is in regards to canine Noco, a passivie alert, single purpose narcotics detection dog;

Name: Noco
Age: 7 years old
Breed: Black Labador Retriever.
D.O.B. 10/19/2017

Noco graduated from the Saint Louis Metropolitan Police Department Canine School on February 27th 2020 with his handler, Detective David E. Wilson.

Noco is trained to detect the following narcotics; Marijuana, Heroin, Black tar heroin, Crack Cocaine, Cocaine, Methamphetamine, MDMA (ecstasy) and Psilocybin ("mushrooms").

Noco and I train at least 2 times a month and we are certified with the American Mantrailing, Police & Work Dog Association (AMPWDA). I attended and passed the A.M.P.W.D.A annual National certification course on April 8th, 2024.

I have been a certified canine handler for four years.

It should be noted, Noco, has been certified with a previous handler with the North County Co-Operation Police Department and has had excellent results with them prior to them disbanding their Canine Unit.

Respectfully submitted;

Detective David E. Wilson, DSN 7893/442

MPD Form GEN-72